THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WHEELER, Appellant. (Appeal No. 2.) [852 NYS2d 874]—

Same memorandum as in *People v Wheeler* (49 AD3d 1230 [2008]). Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.